# Court of Appeals
# of the State of Georgia

ATLANTA, __June 08, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A0778.  In the Interest of L. D. B-P., a child.**

Deanna Baker filed an application for interlocutory review of a Douglas County juvenile court order denying her motion to dismiss, for improper venue, a deprivation petition filed by her child's putative father, Joseph Passeri.

Following careful consideration of the case, including a thorough review of the complete record on appeal, we have determined that the application for interlocutory appeal was improvidently granted.  The order granting the application is therefore vacated, and the appeal is accordingly dismissed.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/08/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*

---

[1] See generally *Southeastern Sec. Ins. Co. v. Empire Banking Co.*, 268 Ga. 450, 451 (490 SE2d 372) (1997) (in considering an application for interlocutory appeal, an appellate court is permitted to exercise its discretion; it is also authorized to exercise its discretion to dismiss an appeal filed as the result of the grant of an application); *Habersham Oaks Associates L. P. v. Story*, 281 Ga. App. 511 (637 SE2d 213) (2006) (following plenary consideration of the cases, appellate court determined that the applications for interlocutory review were improvidently granted and therefore vacated the orders granting the applications and dismissed the appeals).